# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY ANCKLE,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. CV 22-7628-DMG (MAAx)<br><br>**ORDER APPROVING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [14]** |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

DATED: December 21, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE